MARTHA M. SIMONS, as Administratrix with the Will Annexed of the Estate of JAMES M. SIMONS, Deceased, Respondent, *v.* TERMINAL CAB CORPORATION, Appellant.

(Argued April 23, 1934; decided May 22, 1934.)

*Frank Gibbons* and *A. Bertram Samuels* for appellant. *H. J. Tillou* and *Martin G. Phillips* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.